**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  | : Bankruptcy No. 19-17544-elf |
|     Christopher R. Kreamer | : Chapter 13 |
|         Debtor | : |
| | : |
| Bridgecrest Credit Company, LLC | : |
|         Movant | : |
| | : |
|     vs. | : |
| | : |
| Christopher R. Kreamer | : |
|         Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

**<u>PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE PLAN</u>**

TO THE CLERK:

    Please mark the Objection to Confirmation of the Plan, filed on March 05, 2020 as Doc. #21, as withdrawn without prejudice.

                                    Respectfully submitted,

                                    <u>/s/ Stephen M. Hladik, Esquire</u>
                                    Stephen M. Hladik, Esquire
                                    Hladik, Onorato & Federman, LLP
                                    Attorney I.D. # 66287
                                    298 Wissahickon Avenue
                                    North Wales, PA 19454
                                    Phone 215-855-9521
                                    Email: shladik@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-17544-elf |
|     Christopher R. Kreamer | : Chapter 13 |
|         Debtor | : |
| | : |
| Bridgecrest Credit Company, LLC | : |
|         Movant | : |
| | : |
|     vs. | : |
| | : |
| Christopher R. Kreamer | : |
|         Debtor/Respondent | : |
|         and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATE OF MAILING

I, Stephen M. Hladik, Esquire, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on June 19, 2020.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Michael W. Gallagher, Esquire
Via Electronic Filing
*Attorney for Debtors*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Christopher R. Kreamer
507 Columbia Avenue
Lansdale, PA 19446
Via First Class Mail
*Debtors*

                                  <u>/s/ Stephen M. Hladik, Esquire</u>
                                  Stephen M. Hladik, Esquire
                                  Hladik, Onorato & Federman, LLP
                                  Attorney I.D. # 66287
                                  298 Wissahickon Avenue
                                  North Wales, PA 19454
                                  Phone 215-855-9521
                                  Email: shladik@hoflawgroup.com