B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## EASTERN District of Pennsylvania

**In re: CHRISTOPHER R  KREAMER,**                     Case No. 19-17544

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I | Name of Transferor:<br>WELLS FARGO BANK NA |
| Name and Address where notices to Transferee should be sent:<br><br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Court Claim # (if known): 1-2<br><br>Amount of Claim: $274,990.23<br>Date Claim Filed: 03/30/2020 |
| Phone: 800-561-4567<br>Last Four Digits of Acct #: 6556 | Phone: 800-274-7025<br>Last Four Digits of Acct #: 2239 |
| Name and Address where Transferee payments should be sent (if different from above):<br><br>Carrington Mortgage Services, LLC<br>P.O. Box 3730<br>Anaheim, CA  92806<br><br>Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Diane Tran                                                                                      Date: 05/12/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN District of Pennsylvania**

*In Re:*                                                          Case No. 19-17544
**CHRISTOPHER R KREAMER,**

                                                                **Chapter 13**

        **Debtor(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on 05/12/2021, a true and correct copy of the foregoing was served upon all interested parties pursuant to the Court's CM/ECF system.

                                                       By: /s/ Diane Tran
                                                             Carrington Mortgage Services., LLC

| Debtor through the debtor's attorney of record | Trustee |
|---|---|
| CHRISTOPHER R KREAMER, | WILLIAM C MILLER ESQ Chapter 13 Trustee |
|  | PO BOX 1229 |
| 507 COLUMBIA AVENUE | PHILADELPHIA PA 19105-1229 |
| LANSDALE PA 19446 |  |

| Debtor's Counsel | U.S. Trustee (if applicable) |
|---|---|
| MICHAEL W GALLAGHER | Office of the U.S. Trustee |
| 401 W JOHNSON HWY STE 4 | 200 Chestnut Street Suite 502 |
| EAST NORRITON PA 19401-1983 | Philadelphia PA 19106 |